CP:LMN/SJM
F#2007R00385/OCDETF#NY-NYE-541

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| - against - | Cr. No. _____ |
| | (T. 21, U.S.C., §§ |
| JOBIE BANKS, | 841(b)(1)(A)(ii)(II), |
|     also known as "Butch," | 841(b)(1)(A)(iii), 846 and |
| TERRANCE REED, | 853(p); T. 18, U.S.C., §§ |
|     also known as "Supreme," | 3551 <u>et seq</u>. |

JOBIE BANKS,
     also known as "Butch,"
TERRANCE REED,
     also known as "Supreme,"
TODD GASTON,
     also known as "BT,"
SYLVESTER TWINE,
     also known as "Twan,"
GREGORY JACKSON,
     also known as "G" and "G-
     Money,"
DARRIN POSEY
     also known as "Just,"
SHAMEEK SUGGS,
     also known as "Sha,"
LASHAWN EVANS,
     also known as "Shana,"
MELISA SANABRIA,
JOSEPH BURKS,
ROMELL WILLIS,
     also known as "Chop," and
WARREN DUNBAR,
     also known as "War,"

                    Defendants.

- - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Distribute Cocaine Base)

          1.    In or about and between August 2006 and March 21,

2008, both dates being approximate and inclusive, within the

Eastern District of New York and elsewhere, the defendants JOBIE

BANKS, also known as "Butch," TERRANCE REED, also known as

"Supreme," TODD GASTON, also known as "BT," SYLVESTER TWINE, also

known as "Twan," GREGORY JACKSON, also known as "G" and "G-Money," DARRIN POSEY, also known as "Just," SHAMEEK SUGGS, also known as "Sha," LASHAWN EVANS, also known as "Shana," MELISA SANABRIA, JOSEPH BURKS, ROMELL WILLIS, also known as "Chop," and WARREN DUNBAR, also known as "War," together with others, did knowingly and intentionally conspire to distribute and possess with the intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing cocaine base, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Conspiracy to Distribute Cocaine)

2.    In or about and between August 2006 and March 21, 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JOBIE BANKS, also known as "Butch," TERRANCE REED, also known as "Supreme," and TODD GASTON, also known as "BT," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance

containing cocaine, a Schedule II controlled substance, in violation Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3.    The United States hereby gives notice to the defendants charged in Counts One and Two that, upon their conviction of any such offense, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including but not limited to, the following:

4.    MONEY JUDGMENT

A sum of money equal to at least approximately $1.52 million in United States currency, for which the defendants are jointly and severally liable.

5.    SPECIFIC PROPERTY

a.    All funds on deposit at J.P. Morgan Chase Bank account number 000091455788066, held in the name of Jobie Demolition & Contracting Corp., DBA Atlantic Yards; and

b.    All funds on deposit at J.P. Morgan

4

Chase Bank account number 000000733795934, held in the name of
Jobie Demolition & Contracting Corp., DBA Atlantic Yards.

      6.  If any of the above-described forfeitable property,
as a result of any act or omission of the defendants:

      (a)  cannot be located upon the exercise of due
diligence;

      (b)  has been transferred or sold to, or deposited
with, a third party;

      (c)  has been placed beyond the jurisdiction of the
court;

      (d)  has been substantially diminished in value; or

      (e)  has been commingled with other property which
cannot be divided without difficulty;
it is the intent of the United States, pursuant to Title 21,
United States Code, Section 853(p), to seek forfeiture of any
other property of such defendants up to the value of the
forfeitable property described in this forfeiture allegation.

      (Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1.   Title of Case:  **United States v. Jobie Banks, et al.**

2.   Related Magistrate Docket Number(s):

     None ( X )

3.   Arrest Date:

4.   Nature of offense(s):  ☒   Felony
                         ☐   Misdemeanor

5.   Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
Local E.D.N.Y. Division of Business Rules): _____
_____

6.   Projected Length of Trial:     Less than 6 weeks     (X)
                                      More than 6 weeks     ( )

7.   County in which crime was allegedly committed: Kings _____
(Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.   Has this indictment/information been ordered sealed?     (X ) Yes  () No

9.   Have arrest warrants been ordered?     (X ) Yes  ( ) No

10.  Is a capital count included in the indictment?     ( ) Yes  (X ) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Licha M. Nyiendo
Stephen Meyer
Assistant U.S. Attorneys
718-254-6350/6386